# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**DAVID L. WILLIAMS, SR.**      **CIVIL ACTION**

**VERSUS**

**SHERIFF MIKE CAZES, ET AL.**      **NO. 09-0895-JJB-DLD**

## O R D E R

This matter comes before the Court on the plaintiff's Request for Order to Stop Collection From Inmate Account, rec.doc.no. 25. The plaintiff asserts that since this case has now been dismissed, he should be relieved of his continuing obligation to pay the Court's filing fee. This motion shall be denied. The record reflects that the plaintiff sought and obtained leave of court to proceed in forma pauperis in this case. Pursuant to 28 U.S.C. § 1915(1) and (2), and as explained in the form which the plaintiff submitted to the Court, he is required to pay the full amount of the Court's filing fee. Whereas the statute allows an inmate to meet this obligation by paying an initial partial filing fee, followed by periodic payments withdrawn from his inmate account, the dismissal of the plaintiff's case does not relieve him of the obligation to pay the full amount of the Court's filing fee. Accordingly,

**IT IS ORDERED** that the plaintiff's Request for Order to Stop Collection From Inmate Account, rec.doc.no. 25, be and it is hereby **DENIED.**

Signed in Baton Rouge, Louisiana, on February 1, 2010.

**MAGISTRATE JUDGE DOCIA L. DALBY**